IN THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO
CRIMINAL DIVISION

STATE OF OHIO,                          :

     Plaintiff,                       :

          vs.                     :        Case No. _21 CR 1474_

_Raphael Calhoun_                        :        Judge Lynch

     Defendant.                      :

## ENTRY

Upon motion of the _parties_ and for good cause shown, to wit: _Add'l time to negotiate_

this case, being set for trial on the _12_ day of _Feb_ , 2024, at 9:00 a.m., is hereby

continued for reassignment to the _3rd_ day of _June_ , 2024, at 9:00 a.m.

    Defendant waives the right to a speedy trial for the period of this continuance as to the pending

charge or charges.

_Julie M Lynch_
Julie M. Lynch, Judge

**APPROVED:**

G. Gary Tyack
Prosecuting Attorney
Franklin County, Ohio

_____ 009050
Assistant Prosecuting Attorney
Counsel for State of Ohio

_____
Counsel for Defendant

_R. Calhoun (per auth)_
Defendant

| | |
|---|---|
| Indictment date | _____ |
| Arraignment date | _____ |
| Discovery Demand | _____ |
| Discovery Response | _____ |
| Prior Continuances | _____ |
| | |
| Contested Motions | Yes/No |
| Response filed | Yes/No |

# IN THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO
## CRIMINAL DIVISION

STATE OF OHIO,

    Plaintiff,        :

      vs.         :    Case No. _21CR-1474_

_Raphael Calhoun_    :

             :    Judge Lynch

    Defendant.       :

## ENTRY

Upon motion of the _Parties_ and for good cause shown, to wit:

_Set for Definite Trial_

this case, being set for trial on the _4_ day of _October_, 2023, at 9:00 a.m., is hereby

continued for reassignment to the _12th_ day of _February 2024_, ~~2023~~, at 9:00 a.m.

~~Defendant waives the right to a speedy trial for the period of this continuance as to the pending~~

~~charge or charges.~~

            _Julie G. Lynch_

            Julie M. Lynch, Judge

**APPROVED:**

G. Gary Tyack
Prosecuting Attorney
Franklin County, Ohio

_____
Assistant Prosecuting Attorney
Counsel for State of Ohio

_____
Counsel for Defendant

_____
Defendant

| | |
|---|---|
| Indictment date | _____ |
| Arraignment date | _____ |
| Discovery Demand | _____ |
| Discovery Response | _____ |
| Prior Continuances | _____ |
| | |
| Contested Motions | Yes/No |
| Response filed | Yes/No |

**FRANKLIN COUNTY COMMON PLEAS COURT**

## CRIMINAL CASE PROCESSING SHEET

**STATE OF OHIO**

-vs-

Raphael R. Calhoun                                    **21CR 1474**

**DEFENDANT**                                          **CASE NO.**

**PLEA TAKEN OR TRIAL CONCLUDED** on _____
    PLEA OF GUILTY to _____
    NOLLE PROSEQUI _____
    FOUND GUILTY of _____
    FOUND NOT GUILTY of _____

**SENTENCING DATE**_____ ☐PSI Ordered ☐POST ☐CBCF ☐TIES ☐OTHER_____

**OTHER DISPOSITION**

Evaluate for: ☐ Diversion      ☐ Competency       ☐ Judicial Release Hearing Held
         ☐ Treatment in Lieu ☐ Sanity at the time of offense   ☐ Granted     ☐ Denied
         Other_____

Continue for: ☐Bond Hearing   ☐Hearing   ☐Revocation Hearing   ☒Trial (per Entry)   ☐Sentencing
         DATE: 02/12/2024 09:00 AM       _____

**BF & CAPIAS:** ☐for failure to appear  ☐trial   ☐pre-trial   ☐to be set aside  ☐other

**BOND HEARING:**

| | | | |
|---|---|---|---|
| NO CHANGE | ☐ | ☐REPORTING | **CORY HELFFRICH** |
| APPEARANCE/SURETY | $_____ | ☐WORK RELEASE | PROSECUTING ATTORNEY |
| CASH/PROPERTY/SURETY $_____ | | ☐HOUSE ARREST | |
| RECOG. | $_____ | ☐DRUG SCREENS | **FREDERICK BENTON** |
| UNSEC. APP. | $_____ | ☐STAY AWAY FROM VICTIM | DEFENSE COUNSEL |
| **TOTAL** | $_____ | | |
| OTHER | | | |

**COMMUNITY CONTROL REVOCATION HEARING**

1st Hearing Set_____ Held _____: Probable Cause ☐ stipulated ☐ found
2nd Hearing Set_____ Held _____: Violations ☐ stipulated ☐ found

☐ Community Control Terminated   ☐Successful   ☐Unsuccessful   Restitution Balance_____
☐ Community Control Restored
☐ Community Control Revoked, Prison or Jail Sentence Imposed (see attached Disposition Sheet)
☐ Intervention In Lieu Unsuccessful, Case to be REACTIVATED. Jail Time Credit: _____
Other: _____

**SPECIAL INSTRUCTIONS TO CLERK/SHERIFF/OTHER:**




_____/s/ Bailiff Graeff, Wilma_____        _____10/04/2023_____
**JUDGE**                         **DATE**

## CERTIFICATE OF SERVICE

I CERTIFY THAT A COPY OF THIS DOCUMENT WAS MAILED TO

THE STATE OF OHIO c/o FRANKLIN COUNTY COMMON PLEAS COURT

BY WAY OF REGULAR U.S. MAIL TO 345 SOUTH HIGH ST. (CLERK

OF COURTS) COLUMBUS, OHIO 43215 ON 8/18/2023

DATE

TRESALYN BUTLER-SHARP
Notary Public, State of Ohio
My Commission Expires:
May 10, 2026

Raphael Calhoun

SIGNATURE

RAPHAEL CALHOUN

PRINT NAME

## MEMORANDUM IN SUPPORT

ON 4/25/23 I HAD MY MOTION TO INVOKE MY RIGHTS TO A SPEEDY TRIAL FILED IN THIS COURT. ON 4/26/23 THE STATE RESPONDED. HOWEVER, ON 5/24/23 I WAS PRESENT IN THE COURT ROOM TO ADDRESS A TOTAL OF (3) MOTIONS, AT WHICH TIME THE OUTCOME WAS YET ANOTHER WAIVER OF RIGHTS TO A SPEEDY TRIAL. BEFORE THIS HONORABLE COURT, I ASSERT THAT I DID NOT PERSONALLY NOR GIVE PERMISSION TO MR. BENTON TO WAIVE THE VERY RIGHTS I HAD PREVIOUSLY ASK THIS COURT TO HONOR WHY WOULD I WAIVE A RIGHT I WANTED TO BE HONORED?

AT THIS TIME, I AGAIN ASSERT MY RIGHTS TO A FAST & SPEEDY TRIAL AS THE TIME SHOULD HAVE BEEN TOLLED WITH RESPECT TO THE FIRST MOTION FILED ON 4/25/23. I PRAY FOR RESOLVE AT THIS LEVEL AS MY RIGHTS HAVE BEEN VIOLATED AT EVERY TURN.

I PRAY THIS COURT WILL RE-INVOKE MY RIGHTS AS RESOLUTION FOR MYSELF, AND SOCIETY AT LARGE IS THE REASON FOR FAST & SPEEDY TRIALS!!!

# IN THE FRANKLIN COUNTY COMMON PLEAS COURT    COLUMBUS, OHIO

STATE OF OHIO
PLAINTIFF(S)

VS.

CASE No. 21 CR 001474

RAPHAEL R. CALHOUN
DEFENDANT(S)

MOTION:

INVOKING SPEEDY TRIAL RIGHTS

I, RAPHAEL CALHOUN DEFENDANT IN THE ABOVE-CAPTIONED MATTER HEREBY MOVE THIS COURT FOR THE FOLLOWING; SUPPLEMENTAL MOTION INVOKING MY SPEEDY TRIAL RIGHTS PURSUANT TO O.R.C. 2945.71 OHIO CONST. ART. 1 SEC 10/6TH AMENDMENT USCA ST. VS. OBRIEN 34 OHIO ST. 3d (1987) No. 86-2005. I MAKE THIS REQUEST FORMALLY IN PRO-SE IN AN ATTEMPT TO (RE)COMPELL THIS HONORABLE COURT TO HONOR MY 6TH & 14TH AMENDMENTS RIGHTS. PLEASE SEE ATTACHED MEMORANDUM IN SUPPORT!

TRESALYN BUTLER-SHARP
Notary Public, State of Ohio
My Commission Expires:
May 10, 2026

Raphael Calhoun
SIGNATURE

RAPHAEL CALHOUN
PRINT NAME

J.A.K. 2551 FISHER ROAD
STREET ADDRESS

COLUMBUS OH.    43204
CITY    STATE    ZIP CODE

Case: 21CR001474 Doc: 2 Filed: 07/25/2022 Page: 7 of 26 PAGEID #: 15

## IN THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO
### CRIMINAL DIVISION

STATE OF OHIO,                    :

    Plaintiff,                    :

    vs.                    :    Case No. 21 CR 1474

_Raphael Calhoun_ ,    :    Judge Lynch

    Defendant.                    :

### ENTRY

Upon motion of the _Parties_ and for good cause shown, to wit:

_further negotiation/ investigation_

this case, being set for trial on the _19th_ day of _September_, 2023, at 9:00 a.m., is hereby

continued for reassignment to the _4th_ day of _October_, 2023, at 9:00 a.m.

~~Defendant waives the right to a speedy trial for the period of this continuance as to the pending~~

~~charge or charges.~~ (strike 9/19/23 date)

_Julie M Lynch_
Julie M. Lynch, Judge

APPROVED:

G. Gary Tyack
Prosecuting Attorney
Franklin County, Ohio

_[signature]_
Assistant Prosecuting Attorney
Counsel for State of Ohio

_[signature]_ Fred Benton
Counsel for Defendant

_Raphael Calhoun / FB_
Defendant

| | |
|---|---|
| Indictment date | 4/14/21 |
| Arraignment date | 4/19/21 |
| Discovery Demand | 4/21/21 |
| Discovery Response | 5/2021 |
| Prior Continuances | |

| | |
|---|---|
| Contested Motions | Yes/No |
| Response filed | Yes/No |

Franklin County Court of Common Pleas

**Date:**          07-18-2023

**Case Title:**     STATE OF OHIO -VS- RAPHAEL R CALHOUN

**Case Number:**    21CR001474

**Type:**           CONTINUANCE ORDER

It Is So Ordered.

/s/ Judge Julie M. Lynch

Electronically signed on 2023-Jul-18     page 2 of 2

0B898 - Y93

# IN THE COURT OF COMMON PLEAS FRANKLIN COUNTY, OHIO
## CRIMINAL DIVISION

STATE OF OHIO

     *Plaintiff,*

*vs.*

**RAPHAEL R. CALHOUN**
     *Defendant.*

Case No: 21 CR 1474

Judge: LYNCH

---

## ENTRY OF CONTINUANCE

     The Court is unavailable for the currently scheduled trial date in the above matter due to the Judge being unavailable. Therefore, upon motion of the Court, this case, being currently set for trial on August 16, 2023 at 9:00 am, is hereby rescheduled for reassignment to September 19, 2023 at 9:00 am, which is the first reasonably available trial date.

     It is so ORDERED.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2023 May 24 1:22 PM-21CR001474
Case: 21CR001474 Doc #: 11 Filed: 02/26/24 Page: 10 of 26 PAGEID #: 18

IN THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO
CRIMINAL DIVISION

STATE OF OHIO,

  Plaintiff,

    vs.        Case No. 21 CR 1474

_Raphael Calhoon_ ,

           Judge Lynch

  Defendant.

## ENTRY

Upon motion of the _Parties_ and for good cause shown, to wit:

_further negotiation / investigation_

this case, being set for trial on the 24th day of _May_, 2023, at 9:00 a.m., is hereby continued for reassignment to the 16th day of _August_, 2023, at 9:00 a.m.

~~Defendant waives the right to a speedy trial for the period of this continuance as to the pending charge or charges.~~

           _Julie M. Lynch, Judge_

APPROVED:

G. Gary Tyack
Prosecuting Attorney
Franklin County, Ohio

Assistant Prosecuting Attorney
Counsel for State of Ohio

Counsel for Defendant

Defendant

| | |
|---|---|
| Indictment date | 4/14/21 |
| Arraignment date | 4/19/21 |
| Discovery Demand | |
| Discovery Response | 5/20/21 |
| Prior Continuances | 4/21/21 |

| | |
|---|---|
| Contested Motions | Yes/No |
| Response filed | Yes/No |

# FRANKLIN COUNTY COMMON PLEAS COURT
## CRIMINAL CASE PROCESSING SHEET

**STATE OF OHIO**

-vs-

Raphael R. Calhoun                          21CR 1474

**DEFENDANT**                               **CASE NO.**

**PLEA TAKEN OR TRIAL CONCLUDED on** _____

PLEA OF GUILTY to _____

NOLLE PROSEQUI _____

FOUND GUILTY of _____

FOUND NOT GUILTY of _____

**SENTENCING DATE** _____ ☐PSI Ordered ☐POST ☐CBCF ☐TIES ☐OTHER _____

**OTHER DISPOSITION**

Evaluate for: ☐ Diversion          ☐ Competency          ☐ Judicial Release Hearing Held

☐ Treatment in Lieu   ☐ Sanity at the time of offense   ☐ Granted    ☐ Denied

Other _____

Continue for: ☐Bond Hearing  ☐Hearing  ☐Revocation Hearing  ☒Trial (per Entry)  ☐Sentencing

DATE: 08/16/2023 09:00 AM          _____

**BF & CAPIAS:** ☐for failure to appear  ☐trial  ☐pre-trial  ☐to be set aside  ☐other

**BOND HEARING:**

| | | | |
|---|---|---|---|
| NO CHANGE | ☐ | ☐REPORTING | CORY HELFFRICH |
| APPEARANCE/SURETY | $_____ | ☐WORK RELEASE | PROSECUTING ATTORNEY |
| CASH/PROPERTY/SURETY | $_____ | ☐HOUSE ARREST | |
| RECOG. | $_____ | ☐DRUG SCREENS | FREDERICK BENTON |
| UNSEC. APP. | $_____ | ☐STAY AWAY FROM VICTIM | DEFENSE COUNSEL |
| TOTAL | $_____ | | |

OTHER _____

**COMMUNITY CONTROL REVOCATION HEARING**

1st Hearing Set _____ Held _____ : Probable Cause ☐ stipulated ☐ found

2nd Hearing Set _____ Held _____ : Violations ☐ stipulated ☐ found

☐ Community Control Terminated  ☐Successful  ☐Unsuccessful   Restitution Balance _____

☐ Community Control Restored

☐ Community Control Revoked, Prison or Jail Sentence Imposed (see attached Disposition Sheet)

☐ Intervention In Lieu Unsuccessful, Case to be REACTIVATED.  Jail Time Credit: _____

Other: _____

**SPECIAL INSTRUCTIONS TO CLERK/SHERIFF/OTHER:**

PSYCHE HEARING HELD. DEF FOUND COMPETENT OT STAND TTRIAL

/s/ Judge Lynch, Julie                    05/24/2023

**JUDGE**                                  **DATE**

Original: Clerk of Courts; Copies: Probation Dept., Sheriff                    revised 5/99

## CERTIFICATE OF SERVICE

This is to certify that service of a copy of the foregoing has been made to counsel for the defendant, Fred Benton. This document has been filed electronically on the date of the filing with the Clerk of the Court by using the e-filing system which will send a notice of electronic filing. A copy of the foregoing has been delivered via electronic mail.

/s/ Cory D. Helffrich
Cory D. Helffrich    0090565
Attorney for State of Ohio

Respectfully submitted,

G. GARY TYACK
Prosecuting Attorney
Franklin County, Ohio


 /s/  Cory D. Helffrich
Cory D. Helffrich    0090565
373 South High Street, 14th Floor
Columbus, Ohio 43215
(614) 525-3555
Attorney for State of Ohio

## IN THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO
## CRIMINAL DIVISION

| | | |
|---|---|---|
| State of Ohio, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Case No. 21-CR-01474 |
| | : | |
| Raphael Ramon Calhoun, | : | Judge Julie M. Lynch |
| | : | |
| Defendant. | : | |

### STATE'S RESPONSE TO DEFENDANT'S PRO SE MOTIONS

On April 25, 2023, the defendant filed two pro se motions—"Request for Brady Materials Pursuant to *Brady v. Maryland*, 373 US 83 S.Ct 1194," and "Invoking Speedy Trial Rights."

The defendant has assigned counsel. The defendant is not representing himself nor has he asserted he wants to represent himself and forgo counsel. The defendant cannot appear as co-counsel on his own behalf when he has counsel. The U.S. Constitution, the Ohio Constitution, and case law does not allow such hybrid representation. See *McKaskle v. Wiggins*, 465 U.S. 168 (1984), *State v. Thompson*, 22 Ohio St. 3d 1, 514 N.E. 2d 407 (1987). The right to counsel and self-representation are independent of each other and may not be asserted simultaneously. *State v. Martin*, 103 Ohio St. 3d 385, 2004-Ohio-5471, 816 N.E. 2d 227 (2004).

The State respectfully requests this Court to deny the defendant's motions without a hearing.

### CRIMINAL CASE PROCESSING SHEET

**STATE OF OHIO**

-vs-

_Raphael R. Calhoun_         **21CR 1474**

**DEFENDANT**          **CASE NO.**

**PLEA TAKEN OR TRIAL CONCLUDED** on _____
    PLEA OF GUILTY to _____
    NOLLE PROSEQUI _____
    FOUND GUILTY of _____
    FOUND NOT GUILTY of_____

**SENTENCING DATE**_____ ☐PSI Ordered ☐POST ☐CBCF ☐TIES ☐OTHER_____

**OTHER DISPOSITION**

Evaluate for: ☐ Diversion     ☐ Competency       ☐ Judicial Release Hearing Held
         ☐ Treatment in Lieu   ☐ Sanity at the time of offense     ☐ Granted    ☐ Denied
         Other_____

Continue for:   ☐Bond Hearing   ☒Hearing   ☐Revocation Hearing   ☒Trial (per Entry)   ☐Sentencing

        DATE: _05/24/2023 09:00 AM_       _____

**BF & CAPIAS:** ☐for failure to appear   ☐trial   ☐pre-trial   ☐to be set aside   ☐other

**BOND HEARING:**

| | | | |
|---|---|---|---|
| NO CHANGE | ☐ | ☐REPORTING | **CORY HELFFRICH** |
| APPEARANCE/SURETY | $_____ | ☐WORK RELEASE | PROSECUTING ATTORNEY |
| CASH/PROPERTY/SURETY $_____ | | ☐HOUSE ARREST | |
| RECOG. | $_____ | ☐DRUG SCREENS | **FREDERICK BENTON** |
| UNSEC. APP. | $_____ | ☐STAY AWAY FROM VICTIM | DEFENSE COUNSEL |
| **TOTAL** | $_____ | | |
| OTHER _____ | | | |

**COMMUNITY CONTROL REVOCATION HEARING**
1st Hearing Set_____ Held _____: Probable Cause ☐ stipulated ☐ found
2nd Hearing Set_____ Held _____: Violations     ☐ stipulated ☐ found

☐ Community Control Terminated   ☐Successful   ☐Unsuccessful    Restitution Balance_____
☐ Community Control Restored
☐ Community Control Revoked, Prison or Jail Sentence Imposed (see attached Disposition Sheet)
☐ Intervention In Lieu Unsuccessful, Case to be REACTIVATED. Jail Time Credit: _____
Other: _____
   **SPECIAL INSTRUCTIONS TO CLERK/SHERIFF/OTHER:**
DEFENDANT REFUSED TO BE TRANSPORTED FROM JAIL - TRIAL DATE ALREADY SET FOR 5/24/23 - CONTINUE PSYCH HEARING TO
5/24/23

_____         04/13/2023
    /s/ Bailiff Graeff, Wilma                        _____
       **JUDGE**                             **DATE**

Original: Clerk of Courts; Copies: Probation Dept., Sheriff            revised 5/99

0B835 - Y72

IN THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO
CRIMINAL DIVISION

STATE OF OHIO,                          :

      Plaintiff,                        :

          vs.                           :          Case No. 21 cr 1934

Raphael Calhoun                          :          Judge Lynch

      Defendant.                        :

## ENTRY

Upon motion of the ___Parties___ and for good cause shown, to wit:
further Negotiations / pending Psych Evals

this case, being set for trial on the 27th day of ___March___, 2023, at 9:00 a.m., is hereby
continued for reassignment to the 24 day of ___May___, 2023, at 9:00 a.m.
~~Defendant waives the right to a speedy trial for the period of this continuance as to the pending
charge or charges.~~

                                  Julie M. Lynch, Judge

**APPROVED:**

G. Gary Tyack
Prosecuting Attorney
Franklin County, Ohio

-0090585
Assistant Prosecuting Attorney
Counsel for State of Ohio

Counsel for Defendant

Defendant

FRANKLIN COUNTY COMMON PLEAS COURT
CRIMINAL CASE PROCESSING SHEET

**STATE OF OHIO**
-vs-

_____ Raphael R. Calhoun _____          _____ 21CR 1474 _____

**DEFENDANT**                                **CASE NO.**

**PLEA TAKEN OR TRIAL CONCLUDED on** _____
    PLEA OF GUILTY to _____
    NOLLE PROSEQUI _____
    FOUND GUILTY of _____
    FOUND NOT GUILTY of_____

**SENTENCING DATE**_____ ☐PSI Ordered ☐POST ☐CBCF ☐TIES ☐OTHER_____

**OTHER DISPOSITION**

Evaluate for: ☐ Diversion     ☐ Competency       ☐ Judicial Release Hearing Held
            ☐ Treatment in Lieu ☐ Sanity at the time of offense   ☐ Granted    ☐ Denied
            Other_____

Continue for: ☐Bond Hearing ☐Hearing ☐Revocation Hearing ☒Trial (per Entry) ☐Sentencing
            DATE: _05/24/2023 09:00 AM_           _____

**BF & CAPIAS:** ☐for failure to appear ☐trial ☐pre-trial ☐to be set aside ☐other

**BOND HEARING:**

| | | | |
|---|---|---|---|
| NO CHANGE | ☐ | ☐REPORTING | **CORY HELFFRICH** |
| APPEARANCE/SURETY | $_____ | ☐WORK RELEASE | PROSECUTING ATTORNEY |
| CASH/PROPERTY/SURETY | $_____ | ☐HOUSE ARREST | |
| RECOG. | $_____ | ☐DRUG SCREENS | **FREDERICK BENTON** |
| UNSEC. APP. | $_____ | ☐STAY AWAY FROM VICTIM | DEFENSE COUNSEL |
| **TOTAL** | $_____ | | |
| OTHER | _____ | | |

**COMMUNITY CONTROL REVOCATION HEARING**
1st Hearing Set_____ Held _____: Probable Cause ☐ stipulated ☐ found
2nd Hearing Set_____ Held _____: Violations ☐ stipulated ☐ found

☐ Community Control Terminated ☐Successful ☐Unsuccessful   Restitution Balance_____
☐ Community Control Restored
☐ Community Control Revoked, Prison or Jail Sentence Imposed (see attached Disposition Sheet)
☐ Intervention In Lieu Unsuccessful, Case to be REACTIVATED. Jail Time Credit: _____
Other: _____

**SPECIAL INSTRUCTIONS TO CLERK/SHERIFF/OTHER:**

_____ /s/ Bailiff Graeff, Wilma _____          _____ 03/27/2023 _____

**JUDGE**                                       **DATE**

Original: Clerk of Courts; Copies: Probation Dept., Sheriff                    revised 5/99

# FRANKLIN COUNTY COMMON PLEAS COURT
## CRIMINAL CASE PROCESSING SHEET

**STATE OF OHIO**
-vs-

Raphael R. Calhoun       **21CR 1474**

**DEFENDANT**       **CASE NO.**

**PLEA TAKEN OR TRIAL CONCLUDED** on _____

   PLEA OF GUILTY to _____

   NOLLE PROSEQUI _____

   FOUND GUILTY of _____

   FOUND NOT GUILTY of_____

**SENTENCING DATE**_____ ☐PSI Ordered ☐POST ☐CBCF ☐TIES ☐OTHER_____

## OTHER DISPOSITION

Evaluate for:  ☐ Diversion    ☐ Competency       ☐ Judicial Release Hearing Held
           ☐ Treatment in Lieu  ☐ Sanity at the time of offense   ☐ Granted   ☐ Denied

        Other_____

Continue for:  ☐Bond Hearing  ☐Hearing  ☐Revocation Hearing  ☒Trial (per Entry)  ☐Sentencing

        DATE: _03/27/2023 09:00 AM_    _____

**BF & CAPIAS:**  ☐for failure to appear  ☐trial  ☐pre-trial  ☐to be set aside  ☐other

**BOND HEARING:**

| | | | |
|---|---|---|---|
| NO CHANGE | ☐ | ☐REPORTING | **CORY HELFFRICH** |
| APPEARANCE/SURETY | $_____ | ☐WORK RELEASE | PROSECUTING ATTORNEY |
| CASH/PROPERTY/SURETY | $_____ | ☐HOUSE ARREST | |
| RECOG. | $_____ | ☐DRUG SCREENS | **FREDERICK BENTON** |
| UNSEC. APP. | $_____ | ☐STAY AWAY FROM VICTIM | DEFENSE COUNSEL |
| **TOTAL** | $_____ | | |

OTHER _____

## COMMUNITY CONTROL REVOCATION HEARING

1st Hearing Set_____ Held _____: Probable Cause ☐ stipulated ☐ found

2nd Hearing Set_____ Held _____: Violations ☐ stipulated ☐ found

☐ Community Control Terminated  ☐Successful  ☐Unsuccessful  Restitution Balance_____

☐ Community Control Restored

☐ Community Control Revoked, Prison or Jail Sentence Imposed (see attached Disposition Sheet)

☐ Intervention In Lieu Unsuccessful, Case to be REACTIVATED.  Jail Time Credit: _____

Other: _____

**SPECIAL INSTRUCTIONS TO CLERK/SHERIFF/OTHER:**

/s/ Bailiff Graeff, Wilma           12/08/2022

**JUDGE**              **DATE**

Franklin County Ohio Clerk of Courts of the Common Pleas- 2022 Oct 05 6:03 PM-21CR001474

IN THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO
CRIMINAL DIVISION

STATE OF OHIO,                    :

    Plaintiff,                    :

    vs.                           :      Case No. _21 CR 1474_

_Raphael Calhoon_   ,          :      Judge Lynch

    Defendant.                    :

## ENTRY

Upon motion of the ____*parties*____ and for good cause shown, to wit:
__*further Negotiation/ Investigation*__

this case, being set for trial on the _5th_ day of ___October___, 2022, at 9:00 a.m., is hereby

continued for reassignment to the _8th_ day of ___December___, 2022, at 9:00 a.m.

Defendant waives the right to a speedy trial for the period of this continuance as to the pending

charge or charges.

_Julie M. Lynch, Judge_

APPROVED:

G. Gary Tyack
Prosecuting Attorney
Franklin County, Ohio

_-0090585_
Assistant Prosecuting Attorney
Counsel for State of Ohio

Counsel for Defendant

_Raphael Calhoon_
Defendant

Franklin County Ohio Clerk of Courts of the Common Pleas- 2022 Aug 02 1:08 PM-21CR001474
0B712 - C50                                                                                                2022 Aug 02 02:28:24 Page 20 of 26 PAGEID #: 28

IN THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO
CRIMINAL DIVISION

STATE OF OHIO,                                        :

        Plaintiff,                               :

        vs.                                      :            Case No. _21 cr 1474_

_Raphael Calhoun_ ,                                  :            Judge Lynch

        Defendant.                               :

## ENTRY

Upon motion of the ____parties____ and for good cause shown, to wit:
_further negotiation / investigation_

this case, being set for trial on the _2nd_ day of _August_, 2022, at 9:00 a.m., is hereby

continued for reassignment to the _10th_ day of _October_, 2022, at 9:00 a.m.

      Defendant waives the right to a speedy trial for the period of this continuance as to the pending

charge or charges.

Julie M. Lynch, Judge

APPROVED:

G. Gary Tyack
Prosecuting Attorney
Franklin County, Ohio

Assistant Prosecuting Attorney
Counsel for State of Ohio

Counsel for Defendant

Defendant

Franklin County Ohio Clerk of Courts of the Common Pleas- 2022 Jul 05 2:50 PM-21CR001474

IN THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO
CRIMINAL DIVISION

STATE OF OHIO,                    :

    Plaintiff,                    :

    vs.                              :        Case No. 21 cr 1474

_Raphael Calhoun_ ,              :        Judge Lynch

    Defendant.                    :

## ENTRY

Upon motion of the ___parties___ and for good cause shown, to wit: ___further Negotiation / Investigation___

this case, being set for trial on the _5th_ day of ___July___, 2022, at 9:00 a.m., is hereby continued for reassignment to the _3rd_ day of _August_, 2022, at 9:00 a.m.

    Defendant waives the right to a speedy trial for the period of this continuance as to the pending charge or charges.

_Julie M. Lynch, Judge_

APPROVED:

G. Gary Tyack
Prosecuting Attorney
Franklin County, Ohio

_____
Assistant Prosecuting Attorney
Counsel for State of Ohio

_____
Counsel for Defendant

_Raphael Calhoun_
Defendant

Franklin County Ohio Clerk of Courts of the Common Pleas- 2022 Jul 05 11:13 AM-21CR001474

# FRANKLIN COUNTY COMMON PLEAS COURT
## CRIMINAL CASE PROCESSING SHEET

**STATE OF OHIO**

-vs-

Raphael R. Calhoun       21CR 1474

**DEFENDANT**      **CASE NO.**

**PLEA TAKEN OR TRIAL CONCLUDED on** _____

   PLEA OF GUILTY to _____

   NOLLE PROSEQUI _____

   FOUND GUILTY of _____

   FOUND NOT GUILTY of _____

**SENTENCING DATE** _____ ☐PSI Ordered ☐POST ☐CBCF ☐TIES ☐OTHER _____

**OTHER DISPOSITION**

Evaluate for: ☐ Diversion    ☐ Competency      ☐ Judicial Release Hearing Held

           ☐ Treatment in Lieu   ☐ Sanity at the time of offense    ☐ Granted    ☐ Denied

           Other_____

Continue for: ☐Bond Hearing   ☐Hearing   ☐Revocation Hearing   ☒Trial (per Entry)   ☐Sentencing

           DATE: 08/02/2022 09:00 AM _____

**BF & CAPIAS:** ☐for failure to appear   ☐trial   ☐pre-trial   ☐to be set aside   ☐other

**BOND HEARING:**

| | | | |
|---|---|---|---|
| NO CHANGE | ☐ | ☐REPORTING | **CORY HELFFRICH** |
| APPEARANCE/SURETY | $_____ | ☐WORK RELEASE | PROSECUTING ATTORNEY |
| CASH/PROPERTY/SURETY | $_____ | ☐HOUSE ARREST | |
| RECOG. | $_____ | ☐DRUG SCREENS | **FREDERICK BENTON** |
| UNSEC. APP. | $_____ | ☐STAY AWAY FROM VICTIM | DEFENSE COUNSEL |
| TOTAL | $_____ | | |

OTHER _____

**COMMUNITY CONTROL REVOCATION HEARING**

1st Hearing Set_____ Held _____: Probable Cause ☐ stipulated ☐ found

2nd Hearing Set_____ Held _____: Violations ☐ stipulated ☐ found

☐ Community Control Terminated   ☐Successful   ☐Unsuccessful    Restitution Balance_____

☐ Community Control Restored

☐ Community Control Revoked, Prison or Jail Sentence Imposed (see attached Disposition Sheet)

☐ Intervention In Lieu Unsuccessful, Case to be REACTIVATED.  Jail Time Credit: _____

Other: _____

**SPECIAL INSTRUCTIONS TO CLERK/SHERIFF/OTHER:**

| | |
|---|---|
| /s/ Bailiff Graeff, Wilma | 07/05/2022 |
| **JUDGE** | **DATE** |

Franklin County Ohio Clerk of Courts of the Common Pleas- 2022 Apr 21 10:30 AM-21CR001474

Case: 2:24-cv-01009-JEG-PBS Doc #: 1-1 Filed: 02/26/24 Page: 23 of 26 PAGEID #: 31

Franklin County Court of Common Pleas

**Date:**      04-21-2022

**Case Title:**      STATE OF OHIO -VS- RAPHAEL R CALHOUN

**Case Number:**      21CR001474

**Type:**      CONTINUANCE ORDER

It Is So Ordered.

/s/ Judge Julie M. Lynch

Electronically signed on 2022-Apr-21     page 2 of 2

Franklin County Ohio Clerk of Courts of the Common Pleas- 2022 Apr 21 10:30 AM-21CR001474

Case: 2:24-cv-02089-ALC-PBS Doc #: 1-1 Filed: 02/26/24 Page: 24 of 26 PAGEID #: 32

# IN THE COURT OF COMMON PLEAS FRANKLIN COUNTY, OHIO
## CRIMINAL DIVISION

| | | | |
|---|---|---|---|
| **STATE OF OHIO** | : | **Case No:** | **21CR1474** |
| *Plaintiff,* | : | | |
| | : | | |
| *vs.* | : | **Judge:** | **LYNCH** |
| | : | | |
| **RAPHAEL CALHOUN** | : | | |
| *Defendant.* | : | | |

## ENTRY OF CONTINUANCE

The Court is unavailable for the currently scheduled trial date in the above matter due to the Judge being

unavailable. Therefore, upon motion of the Court, this case, being currently set for trial on May 26,

2022 at 9:00 a.m., is hereby rescheduled for reassignment to July 5, 2022 at 9:00 a.m., which is

the first reasonably available trial date.

It is so ORDERED.

# IN THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO
## CRIMINAL DIVISION

STATE OF OHIO,                   :

      Plaintiff,              :

        vs.                 :        Case No. 21 cr 1474

Raphael Calhoon _____,    :

      Defendant.              :        Judge Lynch

## ENTRY

Upon motion of the _____parties_____ and for good cause shown, to wit:

_____Appointment of new Counsel_____

_____

this case, being set for trial on the 12th day of April _____, 2022, at 9:00 a.m., is hereby

continued for reassignment to the 26th day of May _____, 2022, at 9:00 a.m.

      Defendant waives the right to a speedy trial for the period of this continuance as to the pending

charge or charges.

_____
Julie M. Lynch, Judge

APPROVED:

G. Gary Tyack
Prosecuting Attorney
Franklin County, Ohio

_____  0090151
Assistant Prosecuting Attorney
Counsel for State of Ohio

_____  0082866
Counsel for Defendant

_____
Defendant

0B652 - R31

FRANKLIN COUNTY COMMON PLEAS COURT

# FRANKLIN COUNTY COMMON PLEAS COURT
## CRIMINAL CASE PROCESSING SHEET

**STATE OF OHIO**
-vs-

Raphael R. Calhoun                                    21CR 1474

**DEFENDANT**                                         **CASE NO.**

**PLEA TAKEN OR TRIAL CONCLUDED** on _____
   PLEA OF GUILTY to _____
   NOLLE PROSEQUI _____
   FOUND GUILTY of _____
   FOUND NOT GUILTY of_____

**SENTENCING DATE**_____ ☐PSI Ordered ☐POST ☐CBCF ☐TIES ☐OTHER_____

**OTHER DISPOSITION**

Evaluate for: ☐ Diversion    ☐ Competency      ☐ Judicial Release Hearing Held
         ☐ Treatment in Lieu ☐ Sanity at the time of offense  ☐ Granted   ☐ Denied
         Other_____

Continue for:  ☐Bond Hearing  ☐Hearing  ☐Revocation Hearing  ☒Trial (per Entry)  ☐Sentencing

        DATE: _05/26/2022 09:00 AM_    _____

**BF & CAPIAS:** ☐for failure to appear  ☐trial  ☐pre-trial  ☐to be set aside  ☐other

**BOND HEARING:**

| | | | |
|---|---|---|---|
| NO CHANGE | ☐ | ☐REPORTING | CORY HELFFRICH |
| APPEARANCE/SURETY | $_____ | ☐WORK RELEASE | PROSECUTING ATTORNEY |
| CASH/PROPERTY/SURETY | $_____ | ☐HOUSE ARREST | |
| RECOG. | $_____ | ☐DRUG SCREENS | FREDERICK BENTON |
| UNSEC. APP. | $_____ | ☐STAY AWAY FROM VICTIM | DEFENSE COUNSEL |
| **TOTAL** | $_____ | | |
| OTHER | _____ | | |

**COMMUNITY CONTROL REVOCATION HEARING**

1st Hearing Set_____ Held _____: Probable Cause ☐ stipulated ☐ found
2nd Hearing Set_____ Held _____: Violations ☐ stipulated ☐ found

☐ Community Control Terminated  ☐Successful  ☐Unsuccessful  Restitution Balance_____
☐ Community Control Restored
☐ Community Control Revoked, Prison or Jail Sentence Imposed (see attached Disposition Sheet)
☐ Intervention In Lieu Unsuccessful, Case to be REACTIVATED. Jail Time Credit: _____
Other:_____

**SPECIAL INSTRUCTIONS TO CLERK/SHERIFF/OTHER:**

****STRIKE 4/12/22 TRIAL DATE - NEW DEFENSE ATTORNEY APPOINTED ******

/s/ Bailiff Graeff, Wilma         03/31/2022
**JUDGE**             **DATE**